U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 20 2012
CLERK, U.S. DISTRICT COURT
By_____
   Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN ELLIOT AND RITA ELLIOT, §
§
      Plaintiffs, §
§
VS. § NO. 4:12-CV-324-A
§
CHASE BANK, §
§
      Defendant. §

ORDER

On May 23, 2012, the Clerk of court accepted for filing the complaint of plaintiffs, John Elliot and Rita Elliot, naming as defendant Chase Bank. Plaintiffs also filed a motion for leave to proceed in this action in forma pauperis. On May 24, 2012, the United States Magistrate Judge issued his findings and conclusions and a recommendation ("FC&R") that plaintiffs not be allowed to proceed in forma pauperis in this action and that plaintiffs be required to pay the full filing fee. The Magistrate Judge stated in his FC&R that the information in the application showed that plaintiffs had sufficient monthly combined income available to pay the filing fee. The Magistrate Judge gave plaintiffs until June 14, 2012, to file objections to the FC&R. As of the date this order is signed, plaintiffs have filed nothing in response to the Magistrate Judge's order.

Therefore,

The court accepts the recommendation of the Magistrate Judge and ORDERS that by 4:00 p.m. on July 2, 2012, plaintiffs pay to the Clerk of the court the full filing fee of $350.

The court further ORDERS that failure of plaintiffs to comply with the terms of this order may result in the dismissal of this action without further notice as a sanction or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED June 20, 2012.

_____
JOHN McBRYDE
United States District Judge